**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Mujahid NASIRUDDIN, a/k/a John
Crooks, Defendant–Appellant.**

No. 03–6460.

United States Court of Appeals,
Fourth Circuit.

Submitted June 19, 2003.

Decided June 25, 2003.

Mujahid Nasiruddin, Appellant Pro Se.
Robert Andrew Spencer, Office of the
United States Attorney, Alexandria, Virginia, for Appellee.

Before NIEMEYER, KING, and
GREGORY, Circuit Judges.

Dismissed by unpublished PER
CURIAM opinion.

PER CURIAM.

Mujahid Nasiruddin seeks to appeal the
district court's order denying relief on his
motion filed under 28 U.S.C. § 2255 (2000).
An appeal may not be taken from the final
order in a § 2255 proceeding absent "a
substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2)
(2000). An inmate satisfies this standard
by demonstrating that reasonable jurists
would find both that his constitutional
claims are debatable and that any dispositive procedural rulings by the district
court are also debatable or wrong. *See*

*Miller–El v. Cockrell,* 537 U.S. 322, 123
S.Ct. 1029, 1040, 154 L.Ed.2d 931 (2003);
*Slack v. McDaniel,* 529 U.S. 473, 484, 120
S.Ct. 1595, 146 L.Ed.2d 542 (2000); *Rose
v. Lee,* 252 F.3d 676, 683 (4th Cir.), *cert.
denied,* 534 U.S. 941, 122 S.Ct. 318, 151
L.Ed.2d 237 (2001). We have independently reviewed the record and conclude
that Nasiruddin has not made the requisite
showing. Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument
because the facts and legal contentions are
adequately presented in the materials before the court and argument would not aid
the decisional process.

*DISMISSED.*